

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-87,313-01

### EX PARTE ANTWONE LADARRINE JONES, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. W11-52281-M(A) IN THE 194TH DISTRICT COURT
### FROM DALLAS COUNTY

*Per curiam*.

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of possession of a controlled substance with the intent to deliver and sentenced to fifteen years' imprisonment. He did not appeal his conviction.

In his first ground, Applicant contends that at the adjudication of guilt stage, the trial judge failed follow an agreement Applicant reached with the prosecutor for a five-year sentence. In his second ground, Applicant contends that he was not credited with time he spent in a substance abuse felony punishment facility.

Applicant's first ground is without merit and is denied. His second ground is dismissed. *See*

*Ex parte Deeringer*, 201 S.W.3d 616, 618 (Tex. Crim. App. 2006).

Filed: September 13, 2017
Do not publish